IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>LUNSFORD ARCHITECTS & ENGINEERS, INC. )<br>)<br>Respondent. ) | Case No.: 09-cv-861-MJR-DGW |

**ORDER ENFORCING ADMINISTRATIVE SUBPOENA**

Currently pending before the Court is a Motion to Compel the Respondent to Comply with an Administrative Subpoena issued on May 11, 2009, by Petitioner, Hilda L. Solis, Secretary of Labor (Doc. 2).  On April 9, 2010, the Court ordered Respondent to show cause in writing by June 1, 2010, why it should not grant the motion to compel and issue an order enforcing the administrative subpoena (Doc. 6).  The Clerk of Court mailed the Order to Show Cause to Respondent via certified mail and received the return receipt indicating Respondent received the mailing on April 23, 2010.  The Respondent did not file any response to the Order to Show Cause by the June 1, 2010, deadline.  Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Compel (Doc. 2) filed by Petitioner Hilda L. Solis, Secretary of Labor, is **GRANTED**.

2. The Respondent is **ORDERED** to appear on **October 6, 2010, at 2:00 p.m.** before the Honorable Donald G. Wilkerson, in the federal courthouse, located at 750 Missouri

Avenue East St. Louis, IL 62201 and produce designated books, records, and documents as required by the Secretary's subpoena duces tecum issued on May 11, 2009.

3. The United States Marshal is **DIRECTED** to serve a copy of this order within ten (10) days on Respondent **LUNSFORD ARCHITECTS & ENGINEERS, INC., 2470 Dr. Springs Road, Carterville, Illinois 62918**.

4. Respondent is **NOTIFIED** that if it does not appear, the Court may find it in civil contempt, and it may be subject to the imposition of sanctions, which may include fines and costs.

**IT IS SO ORDERED.**

**DATED:  August 25, 2010**

*s/Donald G. Wilkerson*
**DONALD G. WILKERSON
United States Magistrate Judge**