IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HILDA L. SOLIS, )
)
                Petitioner, )
)
vs. ) Case No. 09-cv-0861-MJR-DGW
)
LUNSFORD ARCHITECTS AND )
ENGINEERS, INC., )
)
                Respondent. )

## ORDER DISMISSING CASE

REAGAN, District Judge:

      This action to enforce an administrative subpoena was filed by Hilda L. Solis, Secretary of the U.S. Department of Labor. Now before the Court is a Report issued by Magistrate Judge Donald G. Wilkerson on July 20, 2011. The Report recommends that, since the responsive documents have been produced to Petitioner, the undersigned District Judge declare moot the pending motion and dismiss this case. The parties filed no objections to the Report, and the deadline for doing so has expired. Therefore, the undersigned need not conduct de novo review. *See* 28 U.S.C. 636(b)(1); Fed. Rule Civ. P. 72(b)(3). Accordingly, the undersigned Judge **ADOPTS** Judge Wilkerson's Report (Doc. 37), **FINDS MOOT** the motion to compel compliance with subpoena duces tecum (Doc. 2), and **DISMISSES THIS ACTION**. No judgment need be entered; the Clerk of Court shall **CLOSE** the case.

      IT IS SO ORDERED.

      August 9, 2011.

                                      s/ ***Michael J. Reagan***
                                      Michael J. Reagan
                                      United States District Judge